In the Matter of WILLIAM H. TICHO, JR., an Attorney, Respondent.

First Department, October 27, 1939.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. The respondent is censured for so negligently conducting the affairs of his office that funds collected for a client

were commingled with his own and not remitted until after the matter had been called to his attention by the petitioner's grievance committee.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, UNTERMYER and DORE, JJ.

Respondent censured.